IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

Filed 6-22-07
Clerk, U. S. District Court
Western District of Texas
By _____ Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | EP-07-CR-249-DB(3) |
| ROBERT THOMAS CALDWELL | § § | |

## VERDICT

WE, THE JURY, FIND ROBERT THOMAS CALDWELL:

__Not Guilty_____ as to count 1 (please answer "Guilty" or "Not Guilty")

__Guilty_____ as to count 2 (please answer "Guilty" or "Not Guilty")

__6-22-07_____        _____
DATE                        FOREPERSON